```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16419
   PATRICK A TAYLOE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9432

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/10/2007 and was confirmed 02/13/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 09/03/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED         234.25         .00              .00
CITY OF CHICAGO PARKING    UNSECURED        3580.00         .00            55.57
COLLMASTERS                UNSECURED       NOT FILED        .00              .00
FIRST PREMIER BANK         UNSECURED       NOT FILED        .00              .00
HSBC                       UNSECURED       NOT FILED        .00              .00
ICS INC                    UNSECURED       NOT FILED        .00              .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED        .00              .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED        .00              .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED        .00              .00
MERCHANTS CR               UNSECURED       NOT FILED        .00              .00
MONTEREY FINANCIAL         UNSECURED        1117.85         .00            17.35
MRSI                       UNSECURED        2500.98         .00              .00
NCO FINANCIAL              UNSECURED       NOT FILED        .00              .00
NCO FINANCIAL              UNSECURED       NOT FILED        .00              .00
VATIV RECOVERY SOLUTIONS   UNSECURED        1425.10         .00            22.12
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED        .00              .00
RIVER AUTO GROUP LTD       UNSECURED        6222.50         .00            96.59
RMI/MCSI                   UNSECURED         500.00         .00              .00
UNIVERSITY PATHOLOGISTS    UNSECURED         243.95         .00              .00
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED        .00              .00
UNITED COLLECTION BUREAU   UNSECURED       NOT FILED        .00              .00
UNIVERSAL UNDERWRITERS A   UNSECURED       NOT FILED        .00              .00
MONTEREY COLLECTIONS       SECURED NOT I    100.00          .00              .00
MONTEREY FINANCIAL         UNSECURED         635.06         .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        7401.33         .00           114.88
FAIRLANE CREDIT            UNSECURED       14646.58         .00           227.35
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,343.00                     3,343.00
TOM VAUGHN                 TRUSTEE                                        337.12
DEBTOR REFUND              REFUND                                          69.43

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16419 PATRICK A TAYLOE
```

```
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   4,283.41

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                          533.86
ADMINISTRATIVE                                   3,343.00
TRUSTEE COMPENSATION                               337.12
DEBTOR REFUND                                       69.43
                        ---------------     ---------------
TOTALS                    4,283.41              4,283.41
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 12/22/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE